```
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____
CLERISY CORP., and REED TRANSITION
TECHNOLOGIES, LLC,

                    Plaintiffs,               12-CV-6396

       v.                                     ORDER

AIRWARE HOLDINGS, INC.
(d/b/a/ AIRWARE LABS), and
CROWN DYNAMICS CORP.

                    Defendants,
_____
```

The Court has received and reviewed letters from counsel requesting permission for the Plaintiffs to file a sur-reply of no more than three pages and for the Defendants to file a one page response to Plaintiffs' sur-reply. Based on the parties' letters, the Court finds that additional briefing on the issue of standing and Clerisy's exclusive license may be beneficial to the determination of the underlying motion to transfer or dismiss. Accordingly, the parties' requests are granted, provided that any additional arguments are confined to the effect of Clerisy's exclusive license on the issue of standing. Plaintiffs are directed to file their sur-reply within five days of the date of this Order, and the Defendants are directed to file their response within three days of their receipt of Plaintiffs' sur-reply.

**ALL OF THE ABOVE IS SO ORDERED.**

                                    S/ MICHAEL A. TELESCA
                                    HON. MICHAEL A. TELESCA
                                    United States District Judge

```
Dated:     Rochester, New York
           September 20, 2012
```